STEWART B. HOPPS et al., Respondents, v. CLAUDE NEON, INC., Appellant. RHODE ISLAND HOSPITAL TRUST COMPANY, as Trustee, Respondent, v. CLAUDE NEON, INC., Appellant.— Under the circumstances, we find that it would have been a more appropriate exercise of the court's discretion to allow consolidation of these actions. Order unanimously reversed, with $20 costs and disbursements, and the motion granted. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 90.]

In the Matter of 609 HOLDING CORP., Appellant, against MARTIN J. BURKE et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents, upon the ground that the petition was defective and appellant's proper remedy was not by mandamus but by appeal. Whether the tenant was obligated to pay the costs as well as the rent to avoid the issuance of a warrant of eviction is determinable upon appeal and not by an article 78 proceeding (see *Matter of Jasgold Realty Corp v. De Stefano*, 280 App. Div. 772, in which this court affirmed an order directing the clerk to issue the warrant of eviction unless within three days after service of a copy of the order with notice of entry the tenants paid the landlord the costs in addition to the rent.) Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.; Dore, J., concurs in the result upon the ground that the landlord's petition was jurisdictionally defective. [202 Misc. 709.]

NORMA KIRSCHNER, Appellant, v. EMANUEL KIRSCHNER, Respondent.— Order unanimously modified by striking out the last clause thereof, beginning with the words " and in the event " down to and including " so respect the said order " and, as so modified, affirmed, without costs. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.